

# First Federal Credit & Collections

PO Box 813787
Hollywood, Fl 33021

Phone (954)332-2628

Website: www.ffcc.net
Fax (954)332-2647



FILED by _AP_ D.C.

MAR 1 3 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

March 10, 2014

Mark Becker vs. ALCHRO, Inc.

Case No. 14-cv-60524-JIC

We are in receipt of the complaint you filed with The United States District Court Southern District of Florida on 3/3/2014 against ALCHRO. Inc, d/b/a First Federal Credit & Collections Case No. Case No. 14-cv-60524-JIC on behalf of Mark Becker.

Mark Becker's reference number in our system is 986945.

Our records indicate that we received a dispute from Mr. Becker for the account mentioned before and responded to the same on 10/7/2013. Upon receipt of the dispute, we updated our system to indicate that the consumer had disputed the account and that a validation of the debt had been provided.

Therefore, our response to Count I is as follows:

Defendant (FFCC) complied with the FDCPA and the FCRA by informing third parties (Equifax, Experian and Transunion ) that CBR # 1018586 was disputed by the consumer.

We respectfully ask that you review you file and verify the veracity of this fact.

If you have any questions, please contact Miryam Rosenberg at PO BOX 813787, Hollywood, Fl 33021

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### SUMMONS IN A CIVIL CASE

CASE NO.:  14-cv-60524-JIC

MARK BECKER

    Plaintiff,

400 N liam Ave
Hi feer i Soln,
liam Fl 3312/

vs.

ALCHRO, INC. D/B/A FIRST
FEDERAL CREDIT &
COLLECTIONS

    Defendant.

_____/

TO:  ALCHRO, INC. D/B/A FIRST FEDERAL CREDIT & COLLECTIONS
     ALAN C. ROSENBERG, REGISTERED AGENT
     3440 HOLLYWOOD BLVD # 415
     HOLLYWOOD, FL 33021

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY

3/7/14
CO #1013
12:20pm

         Militzok & Levy, P.A.
     The Yankee Clipper Law Center
       3230 Stirling Road, Suite 1
        Hollywood, Florida 33021

An answer to the Complaint which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

DATE:_____**March 3, 2014**_____



## SUMMONS

Steven M. Larimore
Clerk of Court

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

JS 44 (Rev. 1/08)   Case 0:14-cv-60524-JIC   Document 1-2   Entered on FLSD Docket 03/03/2014   Page 1 of 1

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

MARK BECKER

**DEFENDANTS**

ALCHRO, INC. D/B/A FIRST FEDERAL CREDIT & COLLECTIONS

**(b)** County of Residence of First Listed Plaintiff   Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Matthew J. Militzok, Esq.
Militzok & Levy, P.A.
3230 Stirling Road, Suite 1, Hollywood, FL 33021
(954) 727-8570

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☑ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Re-filed- (see VI below)

☐ 4  Reinstated or Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO      b) Related Cases ☐ YES ☑ NO

JUDGE                    DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Fair Debt Collection Practices Act, 15 U.S.C. §1692

LENGTH OF TRIAL via _1_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
/s/ Matthew J. Militzok

DATE
March 3, 2013

**FOR OFFICE USE ONLY**

AMOUNT _____   RECEIPT # _____   IFP _____

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:

MARK BECKER

       Plaintiff,

v.

ALCHRO, INC. D/B/A FIRST FEDERAL
CREDIT & COLLECTIONS, a
HOLLYWOOD 33021

       Defendant.

### COMPLAINT

COMES NOW, the Plaintiff, MARK BECKER, hereinafter "Plaintiff" by and through the undersigned counsel and hereby brings this action against Defendant, ALCHRO, INC. D/B/A FIRST FEDERAL CREDIT & COLLECTIONS, hereinafter "Defendant", for actual and statutory damages for violations under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter the "FDCPA"), the Florida Consumer Collection Practices Act, §559.55, *et seq.*, Florida Statutes (hereinafter the "FCCPA") and Florida common law, and in support thereof alleges as follows:

### JURISDICTION

1. Jurisdiction is conferred on this Court by Title 28 U.S.C. §1331 and §1337(a), and §15 U.S.C. §1692k(d).

2. Declaratory relief is available pursuant to 28 U.S.C. §2201 and §2202.

3. This Court has supplemental jurisdiction over the state law claims according to 28 U.S.C.

§1367.

## VENUE

4.   Venue is proper in the United States District Court for the Southern District of Florida
     pursuant to 28 U.S.C. §1391, as the unlawful practices alleged herein took place in
     County, Florida and the Defendant is a HOLLYWOOD 33021 whose transacts business in
     County, Florida and venue, therefore, properly lies in this Court.

## PARTIES

5.   Plaintiff, Mark Becker is an individual residing in the County of , State of Florida, and is a
     "consumer" as defined by 15 U.S.C. §1692a(3).

6.   Defendant, Alchro, Inc. d/b/a First Federal Credit & Collections, is a HOLLYWOOD
     33021, and has its principal place of business in  County, Florida where it engages the
     collection of consumer debts and is therefore defined as a "Debt Collector" pursuant to 15
     U.S.C §1692a(6).

## BACKGROUND

7.   The Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. (hereinafter "FDCPA"),
     was enacted in 1978 to eliminate abusive practices in the collection of consumer debts, to
     promote fair debt collection and to provide consumers with an means for disputing and
     obtaining validation of debt information to ensure the information's accuracy.

8.   Plaintiff, is alleged to have incurred a financial obligation to Memorial West EKG
     Associates.  Such financial obligation is a "debt" as defined by 15 U.S.C. §1691a(5).

9.   On September 9, 2013, Plaintiff sent Defendant a dispute letter.

10.    The letter was received by the Defendant.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. §1692 et seq.

11.    Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1 through 10, herein.

12.    Defendant violated §1692e(8) by communicating false information with third parties by failing to close the existence of Plaintiff's September 9, 2013 dispute with third parties.

13.    The foregoing acts and omissions of Defendant constitute violations of the FDCPA.

14.    As a result of Defendant's FDCPA violations, Plaintiff has suffered costs and expenses as well as actual damages and is thus entitled to an award of actual damages pursuant to 15 U.S.C. §1692k(a)(1), statutory damages in the amount up to $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A); and reasonable attorneys fees and costs pursuant to 15 U.S.C. §1692k(a)(3) from Defendant.

WHEREFORE, Plaintiff, prays that this Court enter judgment against the Defendant for an award of actual damages pursuant to 15 U.S.C. §1692k(a)(1) against Defendant, statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A), against Defendant, an award of costs of litigation and reasonable attorneys fees pursuant to 15 U.S.C. §1692k(a)(3) against Defendant, and other such relief in the discretion of this Court.

## JURY TRIAL DEMAND

15.    Plaintiff request a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED:  March 3, 2014

MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 - Telephone
(954) 241-6857 – Facsimile
mjm@mllawfl.com


By: /s/ Matthew J. Militzok
MATTHEW J. MILITZOK, ESQ.
Fla. Bar No.: 0153842

FFCC
PO Box 813787
Hollywood, Fl 33081

USMS
INSPECTED

RECEIVED



UNITED STATES POSTAGE
02 1P 07 PM $ 000.69⁰
PITNEY BOWES
000172629 3  MAR 10  2014
MAILED FROM ZIP CODE 3 3 0 2 1

Steven M Latinore
Clerk of Court
United Stated District Court
Southern District of Florida
400 N Miami Ave
8th Floor South
Miami, Fl 33128

331287771659