UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-60524-JIC

MARK BECKER

    Plaintiff,

v.

ALCHRO, INC. D/B/A FIRST FEDERAL CREDIT & COLLECTIONS

    Defendant.

### PLAINTIFF'S MOTION TO STRIKE DEFENDANT ALCHRO, INC.'S ANSWER

COMES NOW, Plaintiff, MARK BECKER (hereinafter as "Plaintiff"), by and through the undersigned counsel, hereby requests the Court Strike Defendant ALCHRO, INC.'s Answer, filed March 13, 2014 [DE 6], in support states:

1. Plaintiff filed a Complaint [DE 1] on March 3, 2014, alleging violations under the Fair Credit Reporting Act.

2. On March 13, 2014, the Defendant ALCHRO, INC., filed what appears to be an Answer [DE 6] on behalf of itself *pro se*.

3. Defendant ALCHRO, INC. is a corporation and therefore prohibited from defending this action *pro se*. *Palazzo v. Gulf Oil Corp*., 764 F.2d 1381, 1385 (11th Cir. 1985).

4. Therefore, Defendant ALCHRO, INC., Answer [DE 6] must be stricken from the record.

WHEREFORE, the Plaintiff, MARK BECKER, requests that this Court Grant his Motion to Strike Defendant ALCHRO, INC.'s Answer and to permit the Plaintiff to proceed with a Motion for Default Final Judgment and/or for other relief that this Honorable Court deems

appropriate.

DATED:  March 13, 2014

>Respectfully Submitted,
>
>MILITZOK & LEVY, P.A.
>*Attorneys for Plaintiff*
>The Yankee Clipper Law Center
>3230 Stirling Road, Suite 1
>Hollywood, Florida 33021
>(954) 727-8570 – Telephone
>(954) 241-6857 – Facsimile
>mjm@mllawfl.com – E-mail
>
>By: /s/ Matthew J. Militzok
>     MATTHEW J. MILITZOK, ESQ.
>     Fla. Bar No.: 0153842

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the Defendant, Alchro, Inc. via First Class U.S. Mail.

>By: /s/ Matthew J. Militzok
>     MATTHEW J. MILITZOK, ESQ.