UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60524-CIV-COHN/SELTZER

MARK BECKER,

    Plaintiff,

v.

ALCHRO, INC. d/b/a FIRST FEDERAL
CREDIT & COLLECTIONS,

    Defendant.
_____/

## ORDER STRIKING RESPONSE TO COMPLAINT

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Strike Defendant Alchro, Inc.'s Answer [DE 7]. The Court has considered the Motion and the record in this case, and is otherwise advised in the premises.

Plaintiff Mark Becker commenced this action with the filing of his Complaint on March 3, 2014. DE 1. Becker alleges that Defendant Alchro, Inc. d/b/a First Federal Credit & Collections ("FFCC") is a debt collector liable to him for violations of the Fair Debt Collection Practices Act. Id. ¶¶ 6, 11–14. In response to Becker's Complaint, an individual apparently associated with FFCC sent a letter (the "Letter") to the Clerk of Court, suggesting that FFCC had resolved the issues alleged in the Complaint. DE 6 at 1.

Upon review, it is clear that the Letter was sent by an individual purporting to act as a representative of FFCC, and not as its attorney. The Letter is printed on FFCC letterhead, and nothing in the Letter reflects that it was drafted or filed by an attorney admitted to practice before this Court. While parties in federal court generally may

"plead and conduct their own cases personally or by counsel," 28 U.S.C. § 1654, "[i]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." <u>Rowland v. Cal. Men's Colony</u>, 506 U.S. 194, 201–02 (1993). Therefore, FFCC may not proceed *pro se*, but must be represented by licensed counsel. See <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381, 1385 (11th Cir. 1985).

It is accordingly **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Strike Defendant Alchro, Inc.'s Answer [DE 7] is **GRANTED**;

2. The Letter [DE 6] is **STRICKEN**; and

3. If Defendant wishes to defend this action, it must retain counsel to appear on its behalf.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of March, 2014.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

Alchro, Inc. d/b/a First Federal Credit & Collections
c/o Alan C. Rosenberg, Registered Agent
3440 Hollywood Blvd. # 415
Hollywood, Florida 33021